UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **CLINT D. STEWTS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-cv-00005 |
| | § | |
| **WELLS FARGO BANK, N.A.,** | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S
### MOTION TO SEAL

NOW COMES Plaintiff Clint D. Stewts ("Stewts" or "Plaintiff") and files Plaintiff's Response to Defendant Wells Fargo Bank, N.A.'s ("Wells") Motion for Protective Order.

1. "The public has a common law right to inspect and copy judicial records." *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993).

> **The burden is on the party seeking to seal court documents to establish that the presumption of public records should be overcome**. *See, e.g., Torres-Montalvo v. Keith*, 2011 U.S. Dist. LEXIS 124979, 2011 WL 5023271, at *1 (S.D. Tex. Oct. 17, 2011) (citing LEAP Sys., Inc. v. MoneyTrax, Inc., 638 F.3d 216, 221-22 (3d Cir. 2011); Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006); Va. Dep't of State Police v. Wash. Post, 386 F.3d 567, 575 (4th Cir. 2004)).
>
> *Bankhead v. Gregg County*, 2013 U.S. Dist. LEXIS 3001 (E.D. Tex. Jan. 9, 2013) (**emphasis added**).

2. Merely stating that a party seeks to file under seal pursuant to the Federal Rules is insufficient to overcome the presumption of open records. *Id.* Here, Defendant merely states that it seeks to file under seal. Defendant provides no analysis to overcome the presumption of open records.

3. Instead, Defendant simply claims that the fee invoices used as exhibits to its Motion for Attorneys Fees contain attorney work product, information subject to the attorney-client privilege, and information potentially subject to other unstated privileges.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court DENY Defendant's Motion to Seal.

                              **MIDDAGH & LANE, P.L.L.C**

                              By: /s/ *Andrew Haut*_____
                              Robert C. Lane
                              State Bar No. 24046263
                              So. District Bar No. 570982
                              Andrew Haut
                              State Bar No. 24067649
                              So. District Bar No. 1002164
                              Jack Kitchen
                              State Bar No. 24084320
                              So. Dist. Bar No. 1708841
                              6200 Savoy, Suite 1150
                              Houston, Texas 77036
                              (713) 595-8200 Telephone
                              (713) 595-8201 Facsimile